CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 16 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JARMAL ANTHONY JOYNER, )<br>Petitioner, ) | Civil Action No. 7:07-cv-00602 |
| ) ) | |
| v. ) | **FINAL ORDER** |
| ) ) | |
| DIRECTOR OF THE VIRGINIA )<br>DEPARTMENT OF CORRECTIONS, )<br>Respondent. ) <br>) | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Joyner's objections (docket number 37) to the court's Order of April 10, 2008 (docket number 35), are noted and overruled for the reasons state in that Order; respondent's motion to dismiss shall be and hereby is **GRANTED**; and Joyner's petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED**. This case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

ENTER: This 16th day of June, 2008.

*/s/ Glen E. Conrad*
United States District Judge